NUMBER 13-05-158-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

IRMA
SOLIS,                                                          Appellant,

 

                                           v.

 

HELPING
HANDS CHILDREN=S REHABILITATION 

CENTER, L.L.P., ET AL.,                                           Appellees.

___________________________________________________________________

 

                 On appeal from the 138th  District Court

                           of Willacy
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

       Before Chief Justice Valdez
and Justices Hinojosa and Garza

Memorandum
Opinion Per Curiam

 








Appellant, IRMA
SOLIS, perfected an appeal from a judgment entered by the 138th
District Court of Willacy County, Texas, in cause number 04-364.  After the record
and briefs were filed, appellant filed a motion to dismiss the appeal.  In the motion, appellant states that all
matters in controversy between the parties have been compromised and
settled.  Appellant requests that this
Court dismiss the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed this

the 6th day of October,
2005.